

# 25-004438-CI:CITY OF CLEARWATER Vs. STANTEC CONSULTING SERVICES INC

## Case Header

Case Type:NEGLIGENCE - CONSTRUCTION DEFECT
Date Filed: 08/13/2025
Status: OPEN
Court: Section 13
Judicial Officer: REBECCA HAMILTON
UCN: 522025CA004438XXCICI

## Parties

| Name | Type | Attorney |
|---|---|---|
| CITY OF CLEARWATER | PLAINTIFF | TREVOR BOEHME ARNOLD |
| STANTEC CONSULTING SERVICES INC | DEFENDANT | |

## Events

| Date | Event | Comments | Docket Number | Pages |
|---|---|---|---|---|
| 08/29/2025 | SUMMONS RETURN OF SERVICE - SERVED<br>*Party: STANTEC CONSULTING SERVICES INC,* | WITH ATTACHED NOTICE OF FILING 08202025 | 7 | 5 |
| 08/28/2025 | REQUEST FOR PRODUCTION | | 6 | 7 |
| 08/28/2025 | NOTICE OF SERVICE OF INTERROGATORIES | | 5 | 2 |
| 08/15/2025 | SUMMONS - ISSUED<br>*Party: STANTEC CONSULTING SERVICES INC,* | | 4 | 2 |
| 08/13/2025 | STANDING ORDER ASSIGNING GENERAL CIVIL CASE TRACK | | 3 | 3 |
| 08/13/2025 | COMPLAINT | WITH ATTACHMENTS | 2 | 19 |
| 08/13/2025 | CIVIL COVER SHEET - E-FILED<br>*Amount: 100001.00* | | 1 | 3 |

## Financials

| Date | Description | Amount |
|---|---|---|
| 08/14/2025 | Transaction Assessment | 410.00 |
| 08/14/2025 | E-FILE PAYMENT | Receipt Number: EF-2025-36016 | 410.00 |
| | | Balance Due : 0.00 |